UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIE BOYD,<br><br>             Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>             Defendant, | No. C09-0292 BAT<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RETURN OF SUMMONS** |

After careful consideration of plaintiff's Application to Proceed in Forma Pauperis (Dkt. No. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's Application to Proceed in Forma Pauperis is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk of Court is directed to send a copy of this Order to plaintiff's counsel, and to issue summons to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff's attorney to properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.**

(3) The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 10th day of March, 2009.

                                                  BRIAN A. TSUCHIDA
                                                  United States Magistrate Judge